UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REZA ABGHARI,<br><br>Plaintiff,<br><br>v.<br><br>LAURA HERMOSILLO et al.,<br><br>Defendants. | CASE NO. 2:26-cv-00269-JNW<br><br>ORDER STAYING MOTION FOR ATTORNEY FEES |

This matter comes before the Court on Petitioner Reza Abghari's motion for attorney fees. Dkt. No. 16. On August 19, the Court ordered the parties to show cause why the Court should not stay consideration of the motion until the Supreme Court decides *Montoya Palacios v. Baker*, No. 25-4045, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd sub nom. Palacios v. Bacon*, No. 26-6251, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, No. 25-1223, ___ S. Ct. ___, 2026 WL 1855057 (June 29, 2026). Dkt. No. 20. Only Petitioner filed a response to the Order. *See* Dkt. No. 21.

The Court agrees with Petitioner that consideration of the motion should be stayed. It thus STAYS such consideration pending the Supreme Court's ruling on

*Montoya Palacios* and DIRECTS the Clerk to terminate the motion for attorney fees at Dkt. No. 16. If and when appropriate, Petitioner may ask the Court to re-note the motion.

Dated this 2nd day of September, 2026.

Jamal N. Whitehead
United States District Judge